■ DAVID MILLER et al., Appellants-Respondents, v NATIONWIDE MUTUAL FIRE INSURANCE COMPANY et al., Respondents-Appellants. — Order unanimously affirmed, without costs. Memorandum: Defendants' adjustor stated in

an affidavit that he estimated plaintiffs' fire loss as $146,216.25 and supported that estimate by an itemized statement. Those documents, together with an affidavit of defendants' attorney adopting that loss figure, were submitted in support of a motion by defendants. When a party adopts a statement of another for its own purposes in connection with a lawsuit, the statement may be used as an admission against that party (Richardson, Evidence [Prince, 10th ed], § 251; see, also, *Rudolph v Hancock Mut. Life Ins. Co.*, 251 NY 208). Since it is clear that defendants are liable at least in that amount partial summary judgment was properly granted to plaintiffs. ¶ Plaintiffs' claim for punitive damages was properly dismissed (see *Reifenstein v Allstate Ins. Co.*, 92 AD2d 715). (Appeals from order of Supreme Court, Jefferson County, Hayes, J. — summary judgment.) Present — Hancock, Jr., J. P., Denman, Boomer, Green and Moule, JJ.